Benjamin K. Lunch (SB #246015)
Wan Yan Ling (SB # 297029)
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
wling@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH & WELFARE TRUST; SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST; SACRAMENTO AREA ELECTRICAL WORKERS JOINT APPRENTICESHIP & TRAINING TRUST; SACRAMENTO AREA ELECTRICAL WORKERS LABOR MANAGEMENT COOPERATION COMMITTEE FUND; SACRAMENTO AREA ELECTRICAL WORKERS CONTRACT ADMINISTRATION FUND; BOB WARD, as trustee of the above trusts except for the SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST; JEFF STORY, as trustee of the SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST; NATIONAL ELECTRICAL BENEFIT FUND; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 340<br><br>Plaintiffs,<br><br>v.<br><br>CROSS ELECTRIC and DENNIS DAMIEN CROSS,<br><br>Defendants. | Case No. 17-CV-1074-EJD<br><br>**STIPULATION FOR CONTINGENT DISMISSAL;** [PROPOSED] **ORDER** |

0   STIPULATION; Case No. 17-CV-1074-EJD

# STIPULATION FOR CONTINGENT DISMISSAL

The parties stipulate as follow:

1. In this ERISA collection action, the parties have reached an agreement to settle this case pursuant to the terms and conditions specified in a Settlement Agreement.

2. The Settlement Agreement requires Defendants to make timely monthly payments to Plaintiffs, with the final payment to be received by May 31, 2018.

3. If the Settlement Agreement is breached, the parties agree that Plaintiffs may reopen this case and file the Stipulated Judgment attached hereto as "Exhibit 1."

The parties therefore respectfully request that the Court contingently dismiss this case pursuant to the above terms.

IT IS SO STIPULATED AND AGREED.

Dated: 7.24.2017

By: _____
WAN YAN LING
Attorney for Plaintiffs
Neyhart, Anderson, Flynn & Grosboll

Dated: 7/25/2017

By: _____
CROSS ELECTRIC

Dated: 7/25/2017

By: _____
DENNIS DAMIEN CROSS

IT IS SO ORDERED.

The Clerk shall close this file.

Dated: August 1, 2017

_____
U.S. District Court Judge

STIPULATION; Case No. 17-CV-1074-EJD

# Exhibit 1

Benjamin K. Lunch (SB #246015)
Wan Yan Ling (SB # 297029)
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
wling@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH & WELFARE TRUST; SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST; SACRAMENTO AREA ELECTRICAL WORKERS JOINT APPRENTICESHIP & TRAINING TRUST; SACRAMENTO AREA ELECTRICAL WORKERS LABOR MANAGEMENT COOPERATION COMMITTEE FUND; SACRAMENTO AREA ELECTRICAL WORKERS CONTRACT ADMINISTRATION FUND; BOB WARD, as trustee of the above trusts except for the SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST; JEFF STORY, as trustee of the SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST; NATIONAL ELECTRICAL BENEFIT FUND; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 340<br><br>Plaintiffs,<br><br>v.<br><br>CROSS ELECTRIC and DENNIS DAMIEN CROSS,<br><br>Defendants. | Case No. 17-CV-1074-EJD<br><br>**STIPULATED JUDGMENT** |

The parties stipulate that judgment shall be entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $26,811.77, less all amounts received by Plaintiffs on the Settlement Agreement dated June 12, 2017, and plus all amounts currently owed by Defendants to Plaintiffs on said Settlement Agreement, Collective Bargaining Agreement,[1] and applicable Trust Agreement(s), to wit: _____.

IT IS SO STIPULATED AND AGREED.

Dated: June 12, 2017

By: _____
WAN YAN LING
Attorney for Plaintiffs
Neyhart, Anderson, Flynn & Grosboll

Dated: 6/14/2017

By: _____
CROSS ELECTRIC

Dated: 6/14/2017

By: _____
DENNIS DAMIEN CROSS

IT IS SO ORDERED.

Dated: _____   _____
U.S. District Court Judge

---

[1] Labeled the "Inside Wireman's Agreement" which has been entered into by the Sacramento Electrical Contractors Association and IBEW Local 340, and which Defendants are signatory to.

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On July 26 2017, I served the within:

**STIPULATION FOR CONTINGENT DISMISSAL; [PROPOSED] ORDER**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Dennis Damien Cross
30 Main Street
Colusa, CA 95932

Cross Electric
30 Main Street
Colusa, CA 95932

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 26, 2017, at San Francisco, California.

*Alison Strickland* (signature)
Alison Strickland

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW